```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIONEL KING,                                                    JUDGMENT
                                                                03-CV-4351 (CBA)
                        Petitioner,

    -against-

WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility,

                        Respondent.
------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   APR 2 1 2005   ★
P.M.
TIME A.M.

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on April 20, 2005, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       April 21, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court